Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Civil Division



Case No. _____

_(to be filled in by the Clerk's Office)_

| | |
|---|---|
| Michael Buxbaum | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an_ | ) |
| _additional page with the full list of names.)_ | ) |
| **–v–** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Jeffrey Wanamaker | ) |
| | ) |
| _Defendant(s)_ | |

Jury Trial: _(check one)_    X  Yes    No

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

---

<div style="border:1px solid black">

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

</div>

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Buxbaum |
| Address | 7491 N Federal Hwy 125 |
| | Boca Raton    FL    33487 |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeffrey Wanamaker |
| Job or Title *(if known)* | Police Chief Town of Clarkstown |
| Address | |
| | New City |
| | *City*    *State*    *Zip Code* |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

County

Telephone Number

E-Mail Address *(if known)*

Individual capacity        Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

Individual capacity        Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

|  | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

Individual capacity        Official capacity

Defendant No. 4

Name

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Job or Title *(if known)*

Address

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County

Telephone Number

E-Mail Address *(if known)*

Individual capacity        Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

Federal officials (a *Bivens* claim)

State or local officials (a § 1983 claim) XX

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Town of Clarkstown, Rockland County, New York State

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Prior to December 29, 2023 and subsequent to December 29, 2023

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant Jeffrey Wanamaker, Police Chief of Town of Clarkstown acting under the color of law conspired with Town Supervisor and Town Board members of the Town Clarkstown and did not take responsibility for the duties and responsibilities of law enforcement for being the top law enforcement official paid for from the Town government to protect and serve the people in the community of the Town of Clarkstown, Rockland County, New York and to take professional law enforcement measures and use professional law enforcement education and training to prevent the worst triple homicide in New York State history by conspiring with others to conceal a PSYCHO KILLER police officer living in the community of the Town of Clarkstown, New York that worked with children and had a wife and two children and was planning and talking and even committted triple homicide and then suicide by putting a bullet in third party persons heads to committ murder for the sole purpose to conceal a public pay package of more than $400,000 plus retirement and other postemployment benefits of more than $400,000 for the duration of Defendants Jeffrey Wanamaker's Police Chief Town of Clarkstown career and post employment lifestyle without then conducting an investigation into the financial reasons that a PSYCHO KILLER cop would kill for more than being paid 20 million dollars from socialist pensions including Other Postemployment Benefits for Post Law Enforcement lifestyle expenses.

### IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Fear and Mental Anguish from my hometown from the worst triple homicide in New York State history and fearing the rise of National Socialism in the Town of Clarkstown Police Department.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) Order Defendant Police Chief Town of Clarkstown removed as the Police Chief Town of Clarkstown.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:         April 1, 2025

Signature of Plaintiff

Printed Name of Plaintiff        Michael Buxbaum

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address